# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Andrew M. Mangual<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 14-20153-SHL-tmp<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __31st Day of May__ in the county of __Shelby__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. Section 46504 | INTERFERENCE WITH THE FLIGHT CREW MEMBERS AND ATTENDANTS. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL SALTSMAN
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/02/2014

/Diane K. Vescovo
*Judge's signature*

City and state: MEMPHIS, TENNESSEE

U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

My name is Michael Saltsman, and I am a Special Agent with the FBI and have been so for over five years. I am currently assigned to the FBI joint Terrorism Task Force (JTTF) in Memphis TN. Information in this affidavit is based on my personal investigation of the events described as well as that by other federal, state and local officers working with me.

On the evening of Saturday, May 31, 2014 United Flight #1435 was scheduled to fly from Houston, Texas bound for New York LaGuardia Airport. The flight originated in Phoenix, Arizona. Passenger Andrew M. Mangual boarded the flight in Phoenix. He deplaned during a layover in Houston.

When Mangual reboarded the plane he possessed two cell phones. He commenced taking pictures of flight crew members and was told to stop by a flight attendant because such violates airline policy. Initially, Mangual seated himself near the back of the plane. Mangual subsequently moved to the middle of the plane without permission from the flight crew, where he seated himself next to a uniformed but off duty flight attendant, ME.

ME advised that Mangual initially seated himself on the aisle seat of a three seat row. The middle seat of the row was unoccupied. ME noticed that Mangual had two cell phones, and appeared to be talking on one. He held the other to his side and appeared to be recording. This caused ME to tell Mangual to turn off his phone or put it in airplane mode. Mangual subsequently moved to the middle seat, next to ME, which made her nervous. Mangual then tapped her on the shoulder and demanded that she give him her window seat. She declined.

Mangual then moved two rows up and took an empty aisle seat. While there, lead flight attendant Jamie Vasquez came along with a beverage cart. Mangual grabbed the cart and asked Vasquez to move it. Vasquez said he would only be there a few moments to serve others, to which Mangual replied that he needed to move the cart immediately.

After Vasquez moved the cart, Mangual, without permission, got up and walked briskly to the front of the plane and seated himself in the folding jump seat reserved for flight crew. The jump seat was located adjacent to the cockpit door. There flight attendant Leroy Stewart approached Mangual and told him he needed to move back to his seat or that he would be arrested upon arrival. Mangual responded that he did not care if he was arrested and was not going to move. Stewart then told Mangual that if he did not exit the jump seat and return to his seat he would be handcuffed. Mangual responded "you can try." Mangual continued to remain seated in the jump seat. He told lead flight attendant Vasquez "it is dangerous if a gun goes off."

Flight attendants then recruited five able bodied passengers, including off duty flight crew members, to assist in removing Mangual from the seat. When confronted by the able bodied passengers and flight attendants, Mangual allowed himself to be handcuffed.

Mangual was then seated for the rest of the flight between an off duty pilot and off duty flight attendant after being handcuffed. He began kicking the literature pocket in front of him and told the off duty pilot there was a gun in the literature pocket. None was found.

Three of the four flight attendants advised that Mangual's behavior caused them to fear for the safety of the plane and passengers on board.

The events in the cabin were reported to the Captain and First Officer who determined that they needed to divert the flight, to Memphis, Tennessee.

Dated: June 2, 2014

_____
MICHAEL SALTSMAN

Sworn to & subsribed before me this 2nd day of June 2014.

s/Diane K. Vescovo
U.S. Magistrate Judge