IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-CR-20153-SHL |
| | ) | |
| ANDREW M. MANGUAL, | ) | |
| Defendant. | ) | |

ORDER ON CHANGE OF PLEA

This cause came to be heard on October 21, 2014, the Assistant United States Attorney for this district, Fred Godwin, appearing for the Government and the defendant, Andrew M. Mangual, appearing in person and with counsel, Unam Peter Oh.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is SET FRIDAY, DECEMBER 19, 2014 at 10:00 A.M. in Courtroom No. 7, on the 9th floor before Judge Sheryl H. Lipman.

Defendant is remanded to the custody of the U. S. Marshal.

ENTERED this the 21th day of October, 2014.

s/Sheryl H. Lipman
U.S. DISTRICT JUDGE